■ RINGLING BROS.-BARNUM & BAILEY COMBINED SHOWS, INC., Respondent, v. ACME CIRCUS OPERATING COMPANY, INC., Doing Business as CLYDE BEATTY-COLE BROS. CIRCUS, et al., Appellants.— Resettled order, entered on December 15, 1960, as denies defendants' motion to vacate or modify plaintiff's notices of examination of the defendants before trial, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice fixing date for examination to proceed. Appeal from

order, entered on December 13, 1960, denying defendants' motion to vacate or modify plaintiff's notices of examination of defendants before trial, unanimously dismissed, without costs. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.